1  SCOTT N. SCHOOLS (SCSBN 9990)
   Interim United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,           )   Case No. CR 07-0095 MAG
                                        )
11          Plaintiff,                  )
                                        )
12     v.                               )   [PROPOSED] ORDER FOR SUMMONS
                                        )
13 STEVEN M. GUASTUCCI,                 )
                                        )
14          Defendant.                  )
                                        )
15

16     Having reviewed the Declaration of Jennifer Chen, the Court finds that probable cause exists
17 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
18 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Steven M.
19 Guastucci, 30 Creek Road, Fairfax, CA 94930, to appear on March 19, 2007 at 9:30 a.m. before
20 Magistrate Judge Joseph Spero to answer the Information that has been filed by the United States
21 Attorney.

22
23     IT IS SO ORDERED.
24
   Dated: March 1, 2007
25
                                                    IT IS SO ORDERED
                                                    Judge Maria-Elena James
26
27
28

ORDER FOR SUMMONS
Case No. CR 07-0095 MAG