1  BARRY J. PORTMAN
   Federal Public Defender
2  STEVEN J. KOENINGER
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GUASTUCCI
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-0095 JS
                                       )
12              Plaintiff,             )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING HEARING DATE
13  v.                                 )
                                       )
14  STEVEN GUASTUCCI,                  )
                                       )
15              Defendant.             )
    _____)
16

17         On February 22, 2007, the government charged Defendant Steven M. Guastucci in a two-

18  count information with violations related to the operation of a vehicle under the influence of

19  alcohol.  Both charges constitute Class B misdemeanors.  On March 19, 2007 Mr. Guastucci was

20  arraigned on the information and entered a plea of not guilty to both counts.  The government did

21  not seek to detain Mr. Guastucci, and this Court ordered Mr. Guastucci released on his own

22  recognizance.  Mr. Guastucci remains out of custody.

23         This matter is currently set for a status hearing on March 28, 2007 at 9:30 a.m.

24  before this Court.  The parties in this case hereby stipulate to reset the hearing date from March

25  28, 2007 to April 20, 2007 at 10:30 a.m. before this Court.  The parties agree that granting the

26  continuance is reasonable for effective preparation of both defense counsel and the United States

STIP. AND [PROPOSED] ORDER              1

1   and to facilitate ongoing plea negotiations, taking into account the exercise of due diligence.  The

2   parties also agree that the ends of justice are served by granting such a continuance.

3

4   IT IS SO STIPULATED.

5

6   DATED: March 27, 2007                                    _____/S/_____
                                                             DEREK OWENS
7                                                            Assistant United States Attorney

8

9   DATED: March 27, 2007                                    _____/S/_____
                                                             STEVEN J. KOENINGER
10                                                           Assistant Federal Public Defender
                                                             Attorney for STEVEN GUASTUCCI

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12  "conformed" signature (/S/) within this e-filed document.

13

14                                          **ORDER**

15          Pursuant to the parties' Stipulation and for the reasons set forth above, the hearing

16  presently scheduled for March 28, 2007 is hereby continued until April 20, 2007 at 10:30 a.m.

17  before the Honorable Joseph C. Spero.

18

19  **IT IS SO ORDERED.**

20

21  DATED:_____March 28, 2007_____

22                                                           JOSE_____
                                                             Unite_____dge

23

24

25

26

STIP. AND [~~PROPOSED~~] ORDER                    2